**FULL NAME:** Tremile Saint Thompson

**COMMITTED NAME (if different):** Tremile Saint Thompson

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** Ventura County Detention Facility Jail
P.O. Box 6929 Ventura, California 93006-6929

**PRISON NUMBER (if applicable):** 1976593 (TR-C-1-04)

FILED
CLERK U.S. DISTRICT COURT
SEP - 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DD        DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Tremile Saint Thompson
(1976593)(TR-C-1-04)
          PLAINTIFF,

v.

Ventura County Sheriff Department, California
          DEFENDANT(S).

**CASE NUMBER:** CV 16-06622-SJO(JC)

**CIVIL RIGHTS COMPLAINT PURSUANT TO** (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? N/A

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.) N/A



    a. Parties to this previous lawsuit:
       Plaintiff N/A
       N/A
       Defendants N/A
       N/A
    b. Court N/A
       N/A
    c. Docket or case number N/A
    d. Name of judge to whom case was assigned N/A
    e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) N/A
    f. Issues raised: N/A
       N/A
       N/A
    g. Approximate date of filing lawsuit: N/A
    h. Approximate date of disposition N/A

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not N/A
   N/A
   N/A

3. Is the grievance procedure completed? ☒ Yes ☐ No

   If your answer is no, explain why not N/A
   N/A

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Tremile Saint Thompson
                                         (print plaintiff's name)
who presently resides at P.O. Box 6929 Ventura, California 93006-6929,
                              (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
Ventura County Detention Facility Jail, Ventura, California 93009,
                          (institution/city where violation occurred)

on (date or dates) February 02, 2016 , February 08, 2016 , February 15, 2016 .
                   ————————————   ————————————   ————————————
                      (Claim I)         (Claim II)        (Claim III)

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Ventura County Sheriff Department, California__ resides or works at
   (full name of first defendant)

   __800 South Victoria Avenue, Ventura, California 93009__
   (full address of first defendant)

   __Classification Adjustment Assessment Assignment Rehabilitative Committee.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Deprived 72 hour and 14 Day Safeguard Due Process Hearing in Adverse__
   __Housing-Isolated Confinement "The Hole" Administrative Segregation Placement__

2. Defendant __Deputy Sheriff Aguilar #2234__ resides or works at
   (full name of first defendant)

   __800 South Victoria Avenue Ventura, California 93009__
   (full address of first defendant)

   __Facility Manager__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Deprived 72 hour, 14 Day Safeguard Due Process Hearing In Adverse Housing__
   __Isolated Confinement "The Hole" Administrative Segregation Placement__

3. Defendant __Deputy Sheriff Taylor #3231__ resides or works at
   (full name of first defendant)

   __800 South Victoria Avenue Ventura, California 93009__
   (full address of first defendant)

   __Level Supervisor__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Deprived 72 hour, 14 day Safeguard Due Process Hearing In Adverse__
   __Housing-Isolated Confinement "The Hole" Administrative Segregation__
   __Placement.__

4. Defendant **Deputy Sheriff Czyrklis #4961** resides or works at
(full name of first defendant)
**800 South Victoria Avenue Ventura, California 93009**
(full address of first defendant)
**Housing Officer**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**Deprived 72 hour, 14 Day Safeguard Due Process Hearing In Adverse Housing - Isolated Confinement "The Hole" Administrative Segregation Placement**

5. Defendant **Deputy Sheriff Young #3544** resides or works at
(full name of first defendant)
**800 South Victoria Avenue**
(full address of first defendant)
**Facility Supervisor**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**Deprived 72 hour, 14 Day safeguard Due Process Hearing**

6. Defendant - Deputy Sheriff Matthew #3127 - ☒ Official Capacity
800 South Victoria Avenue Ventura, California 93009
Facility Supervisor -
Deprived 72 hour, 14 Day Safeguard Due Process Hearing In Adverse Housing - Isolated Confinement "The Hole" Administrative Segregation Placement.

7. Deputy Sheriff Nelson #2074 - ☒ Official Capacity
800 South Victoria Avenue Ventura, California 93009
Custody Commander -
Deprived 72 hour, 14 Day Safeguard Due Process Hearing In Adverse Housing - Isolated Confinement "The Hole" Administrative Segregation Placement

8. Deputy Sheriff Sedillos #5107 - ☒ Official Capacity
800 South Victoria Avenue Ventura, California 93009
Housing Officer -
Deprived 72 hour, 14 Day Safeguard Due Process Hearing In Adverse Housing - Isolated Confinement "The Hole" Administrative Segregation Placement.

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

_____SEE ATTACHMENT_____

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

_____SEE ATTACHMENT_____

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I seek In monetary Relief 1.5 million Dollars.

Equal Gender Orentated Housing for Alternative Lifestyle-LGBTQ-Community without Predujice within Private Prison Contracts, with County Facilities Classification Housing Placement. EQUAL PROTECTIONS TO ALL EDUCATION, PRIVILEGES And REHABILATIVE in CLASSROOM PROGRAMS!

8-25-16
(Date)

(1976593)(TR-C-1-04)
(Signature of Plaintiff)

D. CLAIMS

1. AMENDMENT·(1)- Congress shall make no law respecting an establishment of Religion, or Prohibiting the Free Exercise thereof, or Abridging the Freedom of Speech, or of the Press, or the Right of the People to Peaceably to assemble and to Petition the Government for a Redress of Grievious.

2. AMENDMENT·(8)XIII - Excessive Bail Shall Not Be Required, Nor Excessive Fines Imposed, Nor Cruel And Or Unusual Punishment Inflicted.

3. AMENDMENT·(14)XIV Section-1.- All Persons Born Or Naturalized in the United States And Subject to the Jurisdiction thereof, Are Citizens of the United States and of the State wherein they Reside. No State shall Make or Enforce [A]ny Law Which shall Abridge the Privileges or Immunities of a Citizen of the Unite States. Nor shall [A]ny State Deprive [A]ny Person of Life, Liberty, or Property, without Due Process of the Law, Nor Deny to [A]ny Person within it's Jurisdiction the EQUAL PROTECTION OF THE LAW.

8/25/16



1. I Tremile Saint Thompson (1976593)(TR-C-1-04) am Serving a Term
2. of County Prison in the Ventura County Detention Facility Jail (V.C.S.D.)
3. Actions of Confining me Adverse Housing- Isolated Confinement "The Hole"
4. Administrative Segregation within the County Jail Violates my RIGHTS Under
5. the Due Process Clause of the (14) XIV AMENDMENT to the United States
6. Constitution.
7.   The Court of Appeal, concluded that Prisoners have a Protected
8. Liberty Intrest in continuing to reside in the General Prison Population.
9. Regulations Governing the Aministration of [A]ny Facility/Institutions
10. CREATES such an INTREST. It then said that Prisoners could not be
11. DEPRIVED of this INTREST without a HEARING Governed by the Proc-
12. edures Mandated in WOLFF V. MCDONNELL, 418 U.S. 539 (1974)
13. to Determine whether such Confinement is proper.
14.   While NO State may Deprive [A]ny Person of Life, Liberty, or Property
15. without Due Process of the Law, Nor Deny to [A]ny Person within the
16. Jurisdiction of the United States the EQUAL PROTECTION OF
17. THE LAW, it is well settled that only a limited Range of Instrest
18. fall within this Provision. Liberty Intrest Protected by the (14) XIV
19. AMENDMENT may arise from two sources - The Due Process Clause itself
20. and the Laws of the State. Meachum V. Fano, 427 U.S. 215, 223-
21. 227 (1976)
22.   Not having a Gender Orentated Housing Unit Deprieves a very
23. wide spectrum of Prison Equality Protection within the General
24. Prison Population within the Private Prison/While housing
25. State Prisoners within County Facilities, Other Facilities around
26. the states with the use of Private Prison Contract out impose
27. a Gender Orentated Housing Unit which I view as rude
28. and Very Unprofessional and discriminatory Cruel and or

1  Unusual Punishment. This is very Sexes bias and
2  it excludes us from a very wide Spectrum of
3  Privileges, Rights, a Large Amount of Classroom
4  Education and Rehabilitative Programs that are
5  deemed for a sucessful Ajustment into the General
6  Prison Population and wide scale into society re-entry
7  Sucessful Rehabilitive Recovery Programs. Thus (V.C.S.D) does
8  not even provide a proper fair housing for Alternative Lifestyle
9  Inmates such as the other counties within California. As were
10 C.D.C.R. Prisons classifies me a General Prison Population, were
11 I've never been considered a Breach of security or threat to
12 Institute, in 16 years of the California Prison System. My
13 C.D.C.R. # V-25742 Thompson, Tremike Saint. I entered
14 (V.C.S.D) February 02, 2016, I have not not once spoken to
15 classification other then Via Kite Inmate Request and I
16 time at my C-1-4 housing cell door upon seeing
17 them talk with another Inmate. I asked Question
18 and them responding with with you are appropriatly
19 housed, thus pushing off the questions I'm asking.
20 (V.C.S.D) follows their own Regulations, and not the
21 Federal Courts. I have request my Due Process
22 safeguards on more then 5 occasion on Via White
23 kite Inmate Request and have gotten absolutely no
24 respond. No hearing has taken Place in the 205
25 days of custody Period. I have never been here
26 so I don't have no witnesses against me to cross
27 examine.
28

Due Process Clause of the (14th) XIV, AMENDMENT, WOLFF v. MCDONNELL, SUPRA, 566 and have concluded that to hold ....that [A]NY substantial deprivation imposed by Prison Authorities Triggers the Procedural Protection of the Due Process Clause would subject to judical review a wide spectrum of Discretionary Actions that brings about necessary limitations, or withdrawal of many Privileges and Rights. Which Creates the Application of the Eighth Amendment. A Federal Protected Right must be involved, to the U.S. Constitution— Which Prohibits "Cruel And Or Unusual Punishment that Indicates Cruelty, or Something inhuman and barbarous. When the Punishment is Disproportionated to the offense, and when a Punishment is unecessarily Cruel in view of purpose for which it is used in order for the Eighth Amendment's prohibition to Apply, a punishment must be involved in a criminal law sense Punishment is [A]NY Fine, Penalty, or Confinement Inflicted upon a person by the Authority of the Law and the Judgement Sentence of the Court, for some crime ...... or for his or her omission of a duty enjoined by the law as applied to Correctional Law, a punishment consist of four elements: (1) Actions by an Aministrative Body, (2) which constitutes the imposition of a santion, (3) for the purpose of penalizing the affected person and, 4) as a results of the omission of an offense one court has suggested that [A]NY treatment which a prisoner is exposed is a form of punishment, because it is an additional punishment above that imposed by the sentencing Criminal Court. As a result of being a punishment it is subjected to the Eighth Amendment Review, their still remains a significant area in

which the presence of cognizable Liberty Intrest is not self-evident, Courts make the necessary determination by Analyzing the combine import of the duration of the confinement and conditions endured by the prisoner during that period. This Practice of said Adverse Housing-Isolated Confinement "The Hole" Administrative Segregation is per se unconstitutional without the need of Proof other than the fact that the Prisoner is held in Isolated Confinement. Howerever the Condition of Isolated Confinement can be Disproportionated to the offense involved or use for improper means and thus runs Afoul of the Eighth Amendment. Furthermore, the Procedure by which is enforced can be Fundamentally unfair, thus Violating Due Process of the Law.

    Each Defendant has under the Color of Law with the grievious process has not responded in accurance with the Law in finding the best resolution in setting any safeguard hearings to resolve so actions the request of instrest in my liberty to continuing to reside within the General Prison Population in (V.C.S.D.) by the Federal Protected Rights I have in the Due Process Claus of the (14) XIV Amendment thus by Procedural Mandated in Wolff V. McDonnell 418 U.S., 539 (1974) thus being Cruel and or Unusual Punishment Violating the Eigtht Amendment of the Constitution of the U.S.. Traditionally it has been the business of Prison Administrators rather than the Federal Courts

that brings about necessary limitations or withdrawal of Many Privileges and Rights. Amendment (1) Congress shall make NO law Abridging the freedom of speech, or the right to Petition the Government for redress of Grievious. Construction of Constitutional Rights. The Rights of a Defendant to EQUAL PROTECTION OF THE LAWS, to DUE PROCESS OF THE LAW, to COMPEL the ATTENDANCE of a WITNESS, to CONFRONT the WITNESSES AGAINST him or her and not to SUFFER the IMPOSITION of CRUEL OR UNUSUAL PUNISHMENT, shall be CONSTRUED by the COURTS of this STATE in a MANNER CONSISTENT with the CONSTITUTION of the UNITED STATES.

8/25/16



## DECLARATION

This form must be attached to Another form or Court paper Before It can Be filled In Court....

I the Petitioner/Plantiff. Make This statement under Penalty of Perjury All statements in this Declaration/Attachment are made under Penalty of Perjury... Date. 8/25/16 ...

On this date 02-02-2016 ... I was Placed In Ad/Seg. And was Told occasionally makes the Recommendations for Down class. Iv Yet to Be Aproched By Eny Clasifiction officers on this matter. And this Comes from a statement Mod By Custudy Commander: Deputy Nelson # Serial.No. 2074.

I Do Not or Shall I Say Can not Rember The Acktwall Times And Dates. As I Do Belive Iv Got A small case of Sensery Depravation from Being in a Closed Consind Place for So long. Pleas Do Not missConstroed. my Saying. We Do git Yard But not like we Are Supoz to. And out of Are Cells for one Hower a day if the Gards fill like it. they Say Quit often we Are on lock Down that way they Dont Have to Deal with Ad/Seg.

Classification Gos on to Say Regarding Your Classfiction, there is a Substantiation of Information that the Classfiction Unit has Taken into Considration In Deciding youer Ad/seg Placement. And That was At my Cell Door. C1-04. As Iv sead I Do not Recall Times or Dates. But As You will see, the Undersined Inmates Have over Heard Sead statements

By sead Classfiction officer's.

A. Gine there is No Abundence of Information. As Im not from Ventura County, so there is Not A ABondence of Information on me. I was told BY Classfication, I was Being Housed in Ad/seg Becuase of my Gender Preffrence, In that Case Ever other County Jail Has A Gender Preff,ience Unit As Youer Deputys Call It witch I find very Rude And Unprofshinol In Ask to Be Placed In Protected Custudy, they sead At my Cell Door In Ct-04, there PC. Unit is not Ginder Orented. So I was told they Do Not Have Houseing for my Gender. Pleas see Under Smed. witnese's.

Thursday.

Date. Aygest. 18. 2016. Cell. Singend. August 18. 2016.

| 18.2016 | Cl.13 | _signature_ |
| 8.25.16 | Cl-10 | _signature_ |
| August 18.2016 | Cl-03 | _signature_ P.H. 805-754-1548 |
| 8-15-2016 | Cl-02 | Mikel Bennet |

Witness's

Petitoner/Plantff. _signature_
Date. 8/25/16

From: Ventura County Jail
Inmate Name: ~~~~~~~~~
Booking No. 1976593
P.O. Box 6929
Ventura, CA 93006






RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 31 2016
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

**LEGAL UNIT**

United States District Court
Central District of California
ATTENTION: Pro Se Court Clerk
312 NORTH SPRINGS STREET
   ROOM: G-8
Los Angeles, California 90012