# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:16-cv-06622-SJO-JC
## Internal Use Only

| | |
|---|---|
| Tremile Saint Thompson v. Ventura County Sheriff Department et al | Date Filed: 09/02/2016 |
| Assigned to: Judge S. James Otero | Jury Demand: None |
| Referred to: Magistrate Judge Jacqueline Chooljian | Nature of Suit: 550 Prisoner: Civil Rights |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Tremile Saint Thompson**    represented by   **Tremile Saint Thompson**
1976593
Ventura County Detention Facility
PO Box 6929
Ventura, CA 93006-6929
PRO SE

V.

**Defendant**

**Ventura County Sheriff Department**

**Defendant**

**Deputy Sheriff Aguilar**
*No. 2234, in official capacity*

**Defendant**

**Deputy Sheriff Taylor**
*No. 3231, in official capacity*

**Defendant**

**Deputy Sheriff Czyrklis**
*No. 4961, in official capacity*

**Defendant**

**Deputy Sheriff Young**
*No. 3544, in official capacity*

**Defendant**

**Deputy Sheriff Matthew**

*No. 3127, in official capacity*

**Defendant**

**Deputy Sheriff Nelson**

*No. 2074, in official capacity*

**Defendant**

**Deputy Sheriff Sedillos**

*No. 5107, in official capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2016 | 1 | CIVIL RIGHTS COMPLAINT filed against CSC, Agent of Service of Process,Aguilar, Czyrklis, Matthew, Nelson, Sedillos, Taylor, Ventura County Sheriff Department, Young pursuant to 42 USC 1983. Case assigned to Judge S. James Otero and referred to Magistrate Judge Jacqueline Chooljian, filed by Plaintiff Tremile Saint Thompson. (esa) (Entered: 09/08/2016) |
| 09/02/2016 | 2 | REQUEST to Proceed Without Prepayment of Filing Fees with Declaration in Support filed by Plaintiff Tremile Saint Thompson. (esa) (Entered: 09/08/2016) |
| 09/02/2016 | 3 | NOTICE OF ASSIGNMENT to District Judge S. James Otero and referred to Magistrate Judge Jacqueline Chooljian. (esa) (Entered: 09/08/2016) |
| 09/17/2016 | 4 | ORDER (1) DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEE; AND (2) DISMISSING ACTION WITHOUT PREJUDICE UNLESS PLAINTIFF PAYS FULL FILING FEE WITHIN THIRTY (30) DAYS by Judge S. James Otero. IT IS THEREFORE ORDERED that the IFP Request is denied and plaintiff is ordered to pay the full filing fee within thirty (30) days of the date of this Order if plaintiff wishes to proceed with the instant action. See Order for details. (dml) (Entered: 09/20/2016) |
| 10/06/2016 | 5 | MOTION TO PROCEED WITHOUT PREPAYMENT OF FILING FEES filed by Plaintiff Tremile Saint Thompson. (dml) (Entered: 10/07/2016) |